IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 20- |
| v. | : | VIOLATIONS: |
| BASEM SHLEWIET | : | 18 U.S.C. § 1425(a) (procurement of citizenship through a false statement – 1 count) |
| | : | 18 U.S.C. § 1425(b) (procurement of citizenship unlawfully – 1 count) |
| | : | |

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

From on or about March 18, 2013, through on or about September 11, 2013, in the Eastern District of Pennsylvania, defendant

**BASEM SHLEWIET**

knowingly procured, contrary to law, naturalization as a United States citizen for himself, by making in connection with his application for naturalization knowingly false representations and statements on his Form N-400, Application for Naturalization, and in sworn statements to immigration and naturalization officials, that he had not committed, assisted in committing, or attempted to commit a crime or offense for which he had not been arrested, when in fact, as defendant SHLEWIET knew, these representations and statements were false based on his crimes committed beginning in or about February 2013 through at least on or about September 11, 2013, that is, Indecent Assault, in violation of 18 PA C.S.A. § 3126(a)(2).

In violation of Title 18, United States Code, Section 1425(a).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

From on or about March 18, 2013, through on or about September 11, 2013, in the Eastern District of Pennsylvania, defendant

**BASEM SHLEWIET**

knowingly procured, obtained and applied for naturalization as a United States citizen for himself, to which he was not entitled, because at the of time of his application for naturalization:

a. the defendant SHLEWIET could not satisfy the requirements for naturalization, pursuant to Title 8, United States Code, Section 1427, in that he was not a person of "good moral character," given that he gave false testimony for the purpose of obtaining any benefits under Chapter 12 of Title 8 of the United States Code, as set forth and charged in Count 1 of this Indictment; and

b. the defendant SHLEWIET could not satisfy the requirements for naturalization, pursuant to Title 8, United States Code, Section 1427, in that he was not a person of "good moral character," given that throughout the time he was pursuing his application for naturalization and in the preceding weeks before his application, as a child psychiatrist, he was forcing, and trying to force some of his minor patients to have any kind of sexual contact or relations.

In violation of Title 18, United States Code, Section 1425(b).

A TRUE BILL:

███████████████

**FOREPERSON**

*for* **WILLIAM M. McSWAIN**
United States Attorney

No. _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

**BASEM SHLEWIET**

INDICTMENT

Counts

18 U.S.C. § 1425(a) (procurement of citizenship through a false statement – 1 count)
18 U.S.C. § 1425(b) (procurement of citizenship unlawfully – 1 count)



_____
Foreman

Filed in open court this _____ day,
Of _____ A.D. 20____

_____
Clerk

Bail, $ ____